# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GREGORY JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LEE BACA,<br><br>　　　　　Defendant. | No. CV 09-8944-DDP (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　Pursuant 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Magistrate Judge's Report and Recommendation. The Court agrees with the recommendation of the Magistrate Judge.

　　　IT IS ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute.

DATED: May 28, 2010

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE