# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GREGORY JOHNSON, | No. CV 09-8944-DDP (AGR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LEE BACA, | |
| Defendant(s). | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: May 28, 2010

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE